BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Terri A. Roberts
State Bar No. 012862
Karen S. Friar
State Bar No. 015434
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorneys for Creditor Pima County

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>JAMES CRITCHLOW and KATHY J. CRITCHLOW,<br><br>Debtors. | No.: 4:10-bk-27385-JMM<br><br>NOTICE OF PARTIAL SATISFACTION OF PIMA COUNTY'S CLAIM<br><br>CHAPTER 13 |

Secured Creditor Pima County, by and through undersigned counsel, informs the Court, the debtors, the Trustee and interested parties that it has received partial payment of its secured in the amount of $1,318.94 (first half of 2010 real property taxes) outside the bankruptcy plan. Thus it is not necessary for the Trustee to withhold any monies on Pima County's behalf for payment of the first half 2010 real property taxes through the Debtors' bankruptcy plan.

/////

/////

/////

/////

-1-

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

Pima County's secured claim for the second half of the 2010 real property taxes in the amount of $1,318.94 plus any potential interest remains unpaid. Pima County accepts the treatment provided for its claim in the Debtors' Amended Ch. 13 Plan.

RESPECTFULLY SUBMITTED this __23rd__ day of December 2010.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

Karen S. Friar
Deputy County Attorney

Copy of the foregoing mailed this
__27th__ day of December 2010 to:

Kathryn L. Johnson
Law Office of Kathryn L. Johnson, PLC
4337 E. Fifth St.
Tucson, AZ 85711
Attorney for Debtors

Dianne C. Kerns, Trustee
PMB 413
7320 N. La Cholla #154
Tucson, Arizona 85741-2305

By: Jca